1 | ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
TRUEBLOOD LAW FIRM
2 | 10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
3 | Telephone: (310) 443-4139
Facsimile: (310) 943-2255

Attorneys for Plaintiff
KYLE BRITTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BRITTON, | Case No: 5:17-CV-7070 NC |
| Plaintiff, | **REQUEST FOR DISMISSAL OF HUNT & HENRIQUES, INC.** |
| vs. | |
| ABC LEGAL SERVICES, INC., MIDLAND FUNDING LLC, and HUNT & HENRIQUES, INC., | |
| Defendants. | |

Plaintiff Kyle Britton hereby dismisses defendant Hunt & Henriques, Inc., without prejudice, pursuant to FRCP 41(a)(1)(A)(i).

Dated:  January 22, 2018                    Respectfully Submitted,

TRUEBLOOD LAW FIRM

By:    /s/
       Alexander B. Trueblood

Attorneys for Plaintiff
KYLE BRITTON