**TROUTMAN SANDERS LLP**
MARK C. MAO, Bar No. 236165
mark.mao@troutmansanders.com
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone:   415.477.5700
Facsimile:   415.477.5710

JESSICA R. LOHR, Bar No. 302348
Jessica.lohr@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA  92130
Telephone:   858.509.6044
Facsimile:   858.509.6040

Counsel for Defendant,
Midland Funding, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BRITTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ABD LEGAL SERVICES, INC., MIDLAND FUNDING, LLC; and HUNT & HENRIQUES, INC.,<br><br>　　　　　　Defendants. | Case No.  5:17-CV-07070-NC<br><br>Hon. Nathaniel M. Cousins<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR MIDLAND FUNDING, LLC TO RESPOND TO COMPLAINT** |

33780271v1

Pursuant to Northern District of California Local Rule 6-1(a), Plaintiff Kyle Britton ("Plaintiff"), and Defendant Midland Funding, LLC ("Defendant"), hereby stipulate that Defendant's deadline to respond to Plaintiffs' Complaint is extended up to and including March 1, 2018.

Counsel for Defendant attests that concurrence in the filing of this stipulation has been obtained from counsel for the Plaintiff.

Dated: January 23, 2018                    TROUTMAN SANDERS LLP


                                           By: /s/ Jessica R. Lohr
                                               Jessica R. Lohr

                                               Attorneys for Defendant
                                               MIDLAND FUNDING, LLC

Dated: January 23, 2018                    TRUEBLOOD LAW FIRM


                                           By: /s/ Alexander B. Trueblood
                                               Alexander B. Trueblood

                                               Attorneys for Plaintiff
                                               KYLE BRITTON


ATTESTATION OF FILER

Pursuant to L.R. 5-1(i)(3), the undersigned hereby attests that all parties have concurred in the filing of this stipulation.


                                            /s/ Jessica R. Lohr
                                            Jessica R. Lohr

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the above and foregoing document has been served on January 23, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first-class mail, facsimile, and/or overnight delivery.

      /s/ Jessica R. Lohr
Jessica R. Lohr