United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KYLE BRITTON,<br><br>            Plaintiff,<br><br>       v.<br><br>ABC LEGAL SERVICES, INC., et al.,<br><br>            Defendants. | Case No. 17-CV-07070-LHK<br><br>**ORDER RE CASE SCHEDULE** |

The Court hereby CONTINUES the further case management conference to December 12, 2018, at 2:00 p.m.  Additionally, the Court notes that it has never stayed discovery in the instant case, and that it will not extend any deadlines in the case schedule.  Thus, if the parties have chosen to postpone discovery until after mediation, the parties do so at their own risk.

**IT IS SO ORDERED.**

Dated: August 9, 2018

_____
LUCY H. KOH
United States District Judge

1

Case No. 17-CV-07070-LHK
ORDER RE CASE SCHEDULE