UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KYLE BRITTON,<br><br>            Plaintiff,<br><br>     v.<br><br>ABC LEGAL SERVICES, INC., et al.,<br><br>            Defendants. | Case No. 17-CV-07070-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; EXTENDING TIME TO COMPLETE MEDIATION** |

The case management conference currently scheduled for December 12, 2018 is hereby CONTINUED to April 24, 2019.

The Court extends the time for the parties to complete mediation to January 31, 2019. No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: December 10, 2018

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-07070-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE; EXTENDING TIME TO COMPLETE MEDIATION