United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KYLE BRITTON,<br><br>       Plaintiff,<br><br>    v.<br><br>ABC LEGAL SERVICES, INC., et al.,<br><br>       Defendants. | Case No. 17-CV-07070-LHK<br><br>**ORDER TO STIPULATE TO DISMISSAL OR FILE JOINT SETTLEMENT STATUS UPDATE**<br><br>Re: Dkt. No. 75 |

On January 4, 2019, the parties filed a joint settlement status report informing the Court that the parties had reached a settlement. ECF No. 75. The parties stated that they would file a stipulation of dismissal within 30 days. *Id.* 30 days from January 4 was February 3. It is now February 12, 2019, and the parties have not filed a stipulation of dismissal. By February 19, 2019, the parties SHALL FILE either a stipulation of dismissal or a joint settlement status update.

The Court reminds the parties that fact discovery has closed. The next Case Management Conference is April 24, 2019.

**IT IS SO ORDERED.**

Dated: February 12, 2019

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-07070-LHK
ORDER TO STIPULATE TO DISMISSAL OR FILE JOINT SETTLEMENT STATUS UPDATE