UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KYLE BRITTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABC LEGAL SERVICES, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-CV-07070-LHK<br><br>**ORDER CONTINUING DEADLINE TO FILE STIPULATION OF DISMISSAL OR JOINT SETTLEMENT STATUS UPDATE**<br><br>Re: Dkt. No. 76 |

The Court hereby CONTINUES the deadline for the parties to either file a stipulation of dismissal or a joint settlement status update to March 1, 2019. The case schedule remains as set.

**IT IS SO ORDERED.**

Dated: February 21, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 17-CV-07070-LHK
ORDER CONTINUING DEADLINE TO FILE STIPULATION OF DISMISSAL OR JOINT SETTLEMENT STATUS UPDATE

1